[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1201.]

LONAS ET AL., APPELLANTS, *v.* KAIL, APPELLEE.

[Cite as *Lonas v. Kail*, 2001-Ohio-228.]

*Appeal dismissed as improvidently allowed.*

(No. 00-448—Submitted December 12, 2000—Decided January 31, 2001.)

APPEAL from the Court of Appeals for Harrison County, No. 491.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I respectfully dissent and would, instead, affirm the judgment of the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.

————————————

*Steven G. Thomakos*, for appellants.

*Tate & Renner* and *Richard R. Renner*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Cheryl J. Nester*, Assistant Attorney General, urging affirmance for *amicus curiae,* Industrial Commission of Ohio.

————————————